

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

November 7, 2014

Donald R. Philbin, Jr
Attorney at Law
PO Box 12367
San Antonio, TX 78212

Attorney Admissions Record: 4:00−mc−48778

Dear ADR Provider:

In accordance with Local Rule 16.4.E.3, to retain your listing as an ADR provider in the Southern District of Texas, you must certify to the Court by **January 31, 2015**, that you have completed **five hours of ADR training during the previous year**.

**Your certification to the court must be completed electronically through District CM/ECF.** Attorneys admitted to the bar of this Court are required to register as Filing Users of the Court's Electronic Filing System. If you are not a registered user, then you must become one before submitting your certification. Information on how to become a Filing User can be found on our website:

http://www.txs.uscourts.gov/attorneys/cmecf/district/registration.htm.

File your certification by docketing the **ADR Annual Training Certification** event in the miscellaneous case that contains your electronic attorney admission record: 4:00−mc−48778.

Sincerely,

DAVID BRADLEY, Clerk of Court

By: Claire Cassady, Deputy Clerk

Revised 11/3/2014