

December 31, 2014

Ms. Claire Cassady
ADR Deputy Clerk
David Bradley, Clerk
P.O. Box 61010
Houston, TX 77208-1010
FAX: (713) 250-5141

    PRID No. 1435
    4:00-mc-48778

Dear Ms. Cassady:

    I certify that I have completed at least five (5) hours of ADR training during 2014. Enclosed you will find a Texas Bar CLE sheet in support of that certification.

    If you need additional information, please let me know. I appreciate your reminder.

    Sincerely,

    DONALD R. PHILBIN, JR., P.C.

By: _____
    Donald R. Philbin, Jr.

Enclosures as noted.

STATE BAR OF TEXAS

Minimum Continuing Legal Education

P.O. Box 13007 Austin, Texas 78711-3007　　1(800) 204-2222, ext. 1806　　mcle@texasbar.com

MCLE Transcript Report

15908800
MR. DONALD R. PHILBIN JR.
PO BOX 12367
SAN ANTONIO, TX 78212-0367

| Birth Month: | 1 | Date Generated: | 12-31-2014 | Period Covered: | 1/1/2014 to 12/31/2014 | | |
|---|---|---|---|---|---|---|---|
| Date | Course No | Course Name | Sponsor Name | Location | Accred Hrs. | Self Study | Ethics Incl. |
| 11-14-2014 | | Teaching at Accredited CLE Activity | MCLE Teaching/Writing | | 03.50 | 00.00 | 00.00 |
| 10-29-2014 | | Other Self-study | Individual Self-study Credit | | 00.00 | 03.00 | 01.00 |
| 10-16-2014 | 901304390 | 20351/12th Annual Advanced Mediation & Advocacy Skills | American Bar Association (ABA) | San Antonio | 12.50 | 00.00 | 02.25 |
| 10-16-2014 | | Teaching at Accredited CLE Activity | MCLE Teaching/Writing | | 05.00 | 00.00 | 00.00 |
| 09-24-2014 | 901299886 | Ethics Follies: Mia Culpa! | American Corporate Counsel Association-San Antonio Chapter | Various | 02.00 | 00.00 | 02.00 |
| 09-19-2014 | 901298615 | Advanced Attorney-Mediator Training and CLE Seminar | Association of Attorney Mediators | Dallas | 07.25 | 00.00 | 01.00 |
| 09-19-2014 | | Teaching at Accredited CLE Activity | MCLE Teaching/Writing | | 05.00 | 00.00 | 00.00 |
| 07-29-2014 | 901298386 | Lit Section - Sanctions and Civility in the Legal Profession | San Antonio Bar Association | San Antonio | 00.75 | 00.00 | 00.00 |
| 06-26-2014 | | Teaching at Accredited CLE Activity | MCLE Teaching/Writing | | 03.50 | 00.00 | 00.00 |
| 06-26-2014 | 901292469 | 2014 State Bar of Texas Annual Meeting | State Bar of Texas Annual Meeting | Austin | 05.00 | 00.00 | 00.00 |
| 05-16-2014 | 901291267 | Bench Motions & Trials, Bexar County Style VI | San Antonio Bar Association | San Antonio | 07.00 | 00.00 | 02.00 |
| 04-05-2014 | 901289949 | 11007/ABA Section of Dispute Resolution 16th Annual Spring | American Bar Association (ABA) | Miami | 20.00 | 00.00 | 07.00 |
| 04-04-2014 | | Teaching at Accredited CLE Activity | MCLE Teaching/Writing | | 05.00 | 00.00 | 00.00 |
| 03-27-2014 | 901290226 | 11006/ABA Techshow 2014 | American Bar Association (ABA) | Chicago | 06.00 | 00.00 | 01.00 |
| 02-28-2014 | 901281129 | Extreme Family Law Makeover XII: "The Cowboy Rides Away" | Family Law Section - San Antonio Bar Association | San Antonio | 07.75 | 00.00 | 04.00 |
| 02-13-2014 | 901286441 | 10851/2014 Corporate Counsel CLE Seminar | American Bar Association (ABA) | Rancho Mirage | 04.25 | 00.00 | 00.00 |
| 01-18-2014 | 901274179 | Alternative Dispute Resolution 2014 | Texas Bar CLE | Various | 04.75 | 00.00 | 01.25 |
| | | | | Total Hours | 99.25 | 03.00 | 21.50 |