UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ALTERNATIVE DISPUTE RESOLUTION PROVIDER**
**FIVE-YEAR RENEWAL FORM**

The requirements for listing as an ADR provider for the United States District Court for the Southern District of Texas are contained in Local Rule 16.4.E. Please complete this form and file it and your fee schedule in your attorney admission case following the instructions at http://www.txs.uscourts.gov/adr/adrproviders.htm.

| | |
|---|---|
| Name: | Telephone Number: |
| E-mail Address: | |
| Firm Name: | |
| Firm Address: | |

License(s) to practice law:
   Date: _____  State: _____  State Bar No.: _____
   Date: _____  State: _____  State Bar No.: _____

| | |
|---|---|
| Are you a current member of the Texas Bar? ☐ Yes ☐ No | Fed. Bar No. |

I hereby certify to the court that I have:
☐ Completed five hours of ADR training during the previous calendar year.
   or
☐ Completed self-study of court decisions concerning ADR and authoritative writings on ADR techniques and/or ADR ethics, which may be used to satisfy this requirement. For self-study, identify materials studied and the dates of study.

   Course/Self-Study:_____ Date: _____
   Sponsor/Title of Self-Study Material: _____ Hours: _____
   Course/Self-Study:_____ Date: _____
   Sponsor/Title of Self-Study Material: _____ Hours: _____

ADR methods for which re-listing is sought:
   ☐ Mediation     ☐ Mini-trial     ☐ Summary Jury Trial     ☐ Arbitration

Substantive legal area(s) of experience:  ☐ Intellectual Property  ☐ Property Rights
   ☐ Contracts  ☐ Real Property  ☐ Torts  ☐ Civil Rights
   ☐ Labor  ☐ Bankruptcy  ☐ Antitrust  ☐ Securities  ☐ ERISA
   Other (please describe): _____

Divisions of the Southern District of Texas where available for ADR practice:
   ☐ Brownsville  ☐ Corpus Christi  ☐ Galveston  ☐ Houston
   ☐ Laredo  ☐ McAllen  ☐ Victoria  ☐ All
(ADR proceedings will normally be conducted in the divisions in which the case is pending. Providers may not charge for travel from the division where they office to another division to conduct an ADR proceeding without prior approval of the parties.)

Experience as ADR neutral. Number of cases: mediated: _____ arbitrated_____ summary/mini-trial judge: _____
Other ADR experience:_____

Do you commit to accept some cases for no fee or a reduced fee?  ☐ Yes  ☐ No
My Current Fee Schedule is attached:  ☐ Yes  ☐ No

| | |
|---|---|
| Applicant's Signature: | Date: |

SDTX-ADR-10      3-17-2015