UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

March 25, 2019

Donald R Philbin, Jr
Attorney at Law
PO Box 12367
San Antonio, TX 78212

Attorney Admissions Record: 4:00−mc−48778

Dear Counsel:

The term of your admission to practice before the United States District Court for the Southern District of Texas will expire one month from the date of this notice.

Attorney membership renewals should be completed electronically through District CM/ECF. Instructions on how to renew your membership electronically, including electronic payment of the renewal fee can be found on the court's website at
www.txs.uscourts.gov/page/AdmissionsMembershipRenewal.

If you received this notice electronically, you are a registered Filing User of the Court's Electronic Filing System (ECF). If you do not remember your login and password, a written request to obtain your login and password must be submitted by email to Houston_Atty_Adm@txs.uscourts.gov.

If you received this notice by mail, you are not a registered Filing User of the Court's Electronic Filing System (ECF). Under the Courts Administrative Procedures for our Electronic Filing System (ECF), attorneys admitted to the bar of this Court are required to register as Filing Users of the Court's Electronic Filing System. Information on how to become a Filing User can be found on the court's website at
www.txs.uscourts.gov/page/DistrictECFRegistration.
**Once you have registered, then you may complete your renewal electronically following the instructions referenced in the second paragraph.**

If you do not renew your membership before your term expires, you will be dropped from the roll of admitted attorneys. Any application after the deadline will be an original application, requiring re_approval, attendance at a workshop, and payment of the $181 application fee.

Sincerely,

David J. Bradley, Clerk of Court

By: Donna Wilkerson, Deputy Clerk